[No. 39250-0-II.   Division Two.   November 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN GARTH GILGER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01529-7, Robert L. Harris, J., entered April 30, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 39288-7-II.   Division Two.   November 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD AKUNA, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 07-1-00085-1, E. Thompson Reynolds, J., entered April 30, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Alexander, J. Pro Tem.

[No. 39331-0-II.   Division Two.   November 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CODY FARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-01475-1, James E. Warme, J., entered May 1, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Taylor, J. Pro Tem.

[No. 39768-4-II.   Division Two.   November 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GUILLERMO ARMANDO BARBOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-00647-1, Stephen M. Warning, J., entered September 3, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.